UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

THOMAS A. NIKODEM,

    Plaintiff,

v.

                                Case No. 1:09-cv-270

COMMISSIONER OF
SOCIAL SECURITY,

                                HONORABLE PAUL L. MALONEY

    Defendant.
_____/

## **JUDGMENT**

Having issued an order adopting a report and recommendation and affirming the decision of the Commissioner of Social Security, pursuant to FED.R.CIV.P. 58, **JUDGMENT** is hereby entered in favor of the defendant and against the plaintiff.

Date: April 11, 2011                                              /s/ Paul L. Maloney
                                                                        Paul L. Maloney
                                                                        Chief United States District Judge